# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                     Case No. 04-CR-228

    **-vs-**

**MARK LUBINSKY,**

        **Defendant.**

## ORDER

Before the Court is the defendant's Motion for Use of Jury Questionnaire for Attorney-Conducted and for Individual *Voir Dire* and Sequestration of Jurors. The motion is DENIED. Counsel shall submit their voir dire questions per the usual practice of this Court and, further, the jury selection will be open.

Dated at Milwaukee, Wisconsin, this 23rd day of January, 2006.

                                               **SO ORDERED,**

                                               **s/ Rudolph T. Randa**
                                               **HON. RUDOLPH T. RANDA**
                                             **Chief Judge**